[No. 23733. *En Banc.* February 3, 1933.]

MIKE BRUM et al.; *Respondents,* v. GEORGE R. HAMMERMEISTER, *Appellant.*[1]

*Floyd Foster* and *D. V. Morthland,* for appellant.

*George C. Twohy,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* the court adheres to the Departmental opinion heretofore filed herein, and reported in 169 Wash. 659, 14 P. (2d) 700. The judgment is therefore affirmed.

[No. 23660. *En Banc.* February 3, 1933.]

HOME STATE BANK OF BLAINE et al., *Respondents,* v. WHATCOM COUNTY et al., *Appellants.*[1]

*Lawrence M. Keplinger* and *Frank M. Allyn,* for appellants.

*Walter B. Whitcomb,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adheres to the Departmental opinion heretofore filed herein, and reported in 169 Wash. 486, 14 P. (2d) 21. The judgment is therefore affirmed.

[1]Reported in 18 P. (2d) 1119.